MN,ND-305
(5/94)

Rec# 2890

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **MOOS, JON & JENNIFER**

Chapter 13 Case No. 07-31645
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FRIST EXPRESS<br>PO OX 856021<br>LOUISVILLE, KY 40285-6021 | 1 | $226.00 | $6.92 |

**TOTAL TO CLERK'S FUND**                                                                 $6.92

10/20/10 9/15/2010                                       /s/ Kyle L Carlson
DATE                                                           TRUSTEE